**SO ORDERED.**

**SIGNED this 14 day of January, 2010.**



_____
**ROBERT F. HERSHNER, JR.
UNITED STATES BANKRUPTCY JUDGE**
_____

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

IN RE:                                                                                CHAPTER 13
Glenn Junior Moss

DEBTOR(S)                                              CASE NO.  09-31630

## ORDER OF DISMISSAL

     It appearing to the Court that the Debtor in this case was ordered to show cause why this case should not be dismissed for the failure of the debtor to pay filing fees; and it further
     APPEARING that the debtor failed to request a hearing in accordance with the terms of the Court's Order; and it further
     APPEARING that the Debtor has not paid the balance of the filing fee; now, therefore it is hereby
     **ORDERED** that this case be and it hereby is **DISMISSED** for failure of the Debtor to comply with the terms of this Court's order requiring the payment of filing fees.

END OF DOCUMENT

Modified 6/08